# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| e.DIGITAL CORPORATION, | ) |
| | ) Civil Action No. 2:08-cv-00093-DF-CE |
| Plaintiff, | ) |
| | ) Hon. D. Folsom |
| v. | ) |
| | ) JURY TRIAL DEMANDED |
| AVID TECHNOLOGY, INC.; CASIO AMERICA, INC.; LG ELECTRONICS USA, INC.; NIKON, INC.; OLYMPUS AMERICA INC.; SAMSUNG ELECTRONICS AMERICA, INC.; and SANYO NORTH AMERICA CORPORATION, | ) |
| Defendants. | ) |

## STIPULATION BETWEEN e.DIGITAL CORPORATION AND SAMSUNG ELECTRONICS AMERICA, INC. REGARDING DISMISSAL OF ALL CLAIMS OF UNITED STATES PATENT NOS. 5,787,445 AND 5,839,108

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, as follows:

1. All claims by e.Digital Corporation of infringement relating to U.S. Patent Nos. 5,787,445 ("the '445 patent") and 5,839,108 ("the '108 patent") that have been or could have been brought in this lawsuit against Samsung Electronics America, Inc., or related Samsung entities that could have been named in this lawsuit, are hereby dismissed with prejudice.

2. All declaratory judgment counterclaims by Samsung Electronics America, Inc. of non-infringement relating to the '445 and '108 patents that have been brought in this lawsuit are hereby dismissed with prejudice.

3. All declaratory judgment counterclaims by Samsung Electronics America, Inc. of invalidity relating to the '445 and '108 patents are hereby dismissed without prejudice.

4. The parties represent that as of the filing date of this Stipulation, and in view of the paragraphs above, there is no current case or controversy between them within the meaning of the Declaratory Judgment Act with respect to the '445 and '108 patents.

5. Each party is to bear its own costs and attorneys' fees with respect to the '445 and '108 patents.

Dated:  April 1, 2009                    Respectfully submitted,

*/s/ Matthew S. Yungwirth, with permission by Michael E. Jones*
L. Norwood Jameson
Matthew S. Yungwirth
Duane Morris LLP
1180 West Peachtree St., # 700
Atlanta GA  30309-3448
Tel:    404.253.6900
Fax:   404.253.6901
wjameson@duanemorris.com
msyungwirth@duanemorris.com

Gary R. Maze
Wesley W. Yuan
Duane Morris LLP
3200 Southwest Freeway
Ste 3150
Houston, TX  77027-7534
Tel.:   713.402.3900
Fax:   713.402.3901
grmaze@duanemorris.com
wwyuan@duanemorris.com

Michael C. Smith
Siebman, Reynolds, Burg, Phillips & Smith, LLP – Marshall
713 South Washington Avenue
Marshall, Texas 75670
Tel.:   903.938.8900
Fax:   972.767.4620
michaelsmith@siebman.com

Attorneys for Plaintiff
e.DIGITAL CORPORATION

Dated: April 1, 2009          Respectfully submitted,

                               */s/ Gregory S. Arovas, with permission*
                               *by Michael E. Jones*
Michael E. Jones
Allen F. Gardner
POTTER MINTON
110 N. College, 500 Plaza Tower
Tyler, TX 75702
Telephone: (903) 597-8311
E-mail: mikejones@potterminton.com
E-mail: allengardner@potterminton.com

Gregory S. Arovas (admitted *pro hac vice*)
NY Bar No. 2553782
(Lead Attorney)
Todd M. Friedman (admitted *pro hac vice*)
NY Bar No. 2939429
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022-4675
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
E-mail: garovas@kirkland.com
E-mail: tfriedman@kirkland.com

Attorneys for Defendant
SAMSUNG ELECTRONICS AMERICA, INC.

## CERTIFICATE OF SERVICE

       The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on April 1, 2009. Any other counsel of record will be served by First Class U.S. mail on this same date.

                               */s/ Michael E. Jones*