IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| e.DIGITAL CORPORATION, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> AVID TECHNOLOGY, INC., CASIO ) <br> AMERICA, INC., LG ELECTRONICS ) <br> USA, INC., NIKON INC., OLYMPUS ) <br> AMERICA INC., SAMSUNG ) <br> ELECTRONICS AMERICA, INC., and ) <br> SANYO NORTH AMERICA ) <br> CORPORATION, ) <br> ) <br> Defendants. ) <br> ) | CIVIL ACTION <br> NO. 2:08-cv-93-DF-CE |

## ORDER

e.Digital Corporation's and Defendant Samsung Electronics America, Inc.'s Joint Motion for Dismissal with Prejudice is hereby GRANTED and it is hereby ORDERED that Plaintiff e.Digital Corporation's claims against Samsung Electronics America, Inc. and Defendant Defendant Samsung Electronics America, Inc.'s counterclaims against e.Digital Corporation are hereby dismissed with prejudice.

Each party shall bear its own costs and expenses.

**SIGNED this 22nd day of October, 2009.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE